STATE OF CONNECTICUT *v.* VANVERN BLAKE

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 536 (AC 20413), is denied.

*Kimball Haines Hunt,* in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided July 17, 2001

PERRY FORGIONE *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 903 (AC 20645), is denied.

*Perry Forgione,* pro se, in support of the petition.

*Thomas P. Clifford III,* assistant attorney general, in opposition.

Decided July 17, 2001

CHRISTOPHER CHAPPELL *v.* MANAFORT BROTHERS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 630 (AC 20701), is denied.

*Robert M. Fitzgerald,* in support of the petition.

*Nancy S. Rosenbaum,* in opposition.

Decided July 17, 2001